IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NELSON MENDOZA, et al., <br><br> *Plaintiffs*, <br> v. <br><br> UNIVERSAL BUILDING SERVICES, INC., et al., <br><br> *Defendants*. | Civil Action No.:  1:19-cv-01343 (CJN) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO FEDERAL RULE 41(a)(1)(i)**

Plaintiffs then give notice, pursuant to Fed.R.Civ.P. 41(a)(1)(i), that they are voluntarily dismissing the following defendants, who have not filed an answer or moved for summary judgment: (1) PCC Construction Components, Inc.; The Whiting-Turner Contracting Company; and (3) James G. Davis Construction Corporation.

Respectfully submitted,

/s/Andrew Balashov
Andrew Balashov (Fed. Bar No. 1630738)
MELEHY & ASSOCIATES LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Email: abalashov@melehylaw.com
*Attorneys for Plaintiffs*