# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NELSON MENDOZA, et al.,

    *Plaintiffs*,

v.

UNIVERSAL BUILDING SERVICES, INC., et al.,

    *Defendants*.

Civil Action No.: 1:19-cv-01343 (CJN)

## STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO FEDERAL RULE 41(a)(1)(ii)

The Plaintiffs also ask that the following defendants be dismissed from this action with prejudice, by stipulation, pursuant to Fed.R.Civ.P. 41(a)(1)(ii): (1) Clark Construction Group, LLC; (2) Rand Construction Corporation, Inc.; and (3) Grunley Construction Co., Inc.

Respectfully submitted,

| | |
|---|---|
| /s/Suvita Melehy | /s/ Craig L. Holcomb |
| Suvita Melehy | Craig L. Holcomb |
| DC Fed. Bar No.: 57585 | DC Bar No.: MD0119 |
| MELEHY & ASSOCIATES LLC | Holcomb & Straile, LLC |
| 8403 Colesville Road Suite 610 | 3409A Urbana Pike |
| Silver Spring, Maryland 20910 | Frederick, MD 21704 |
| Telephone:  (301) 587-6364 | clholcomb12@gmail.com |
| Facsimile:  (301) 587-6308 | Telephone: (240) 498-0349 |
| Email: smelehy@melehylaw.com | Facsimile: (240) 238-2730 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Universal Building Services, Inc., Francisco Escobar, James G. Davis Construction Corporation, Clark Construction Group, LLC, Rand Construction Corporation, Inc., and Grunley Construction Co., Inc.* |